IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION
FILED SEP 14 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| INCARNACION L. SPEAKS, <br><br> Plaintiff, <br><br> vs. <br><br> MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., d/b/a MAZDA NORTH AMERICA OPERATIONS, <br><br> Defendants. | CV 14–25–M–DWM <br><br> ORDER |

Defendants Mazda Motor Corporation and Mazda Motor of America moves for the admission of David P. Stone to practice before this Court in this case with Ronald A. Bender to act as local counsel. Mr. Stone's application appears to be in order.

Accordingly, IT IS ORDERED that Defendants' motion to admit David P. Stone *pro hac vice* (Doc. 218) is GRANTED on the condition that Mr. Stone shall do his own work. This means that Mr. Stone must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website,

1

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Stone, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 14th day of September, 2017.

_____
Donald W. Molloy, District Judge
United States District Court