IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| INCARNACION L. SPEAKS,<br><br>Plaintiff,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION,<br>MAZDA MOTOR OF AMERICA, INC.,<br>d/b/a MAZDA NORTH AMERICA<br>OPERATIONS,<br><br>Defendants. | CV 14–25–M–DWM<br><br>ORDER |

IT IS ORDERED that the parties be prepared to discuss at the May 3, 2018

Final Pretrial Conference why any additional or different exhibits that were not

admitted at the first trial should be admitted. The parties should be further

prepared to stipulate to the admissibility of those exhibits that were previously

admitted at the first trial.

DATED this 16 day of April, 2018.

Donald W. Molloy, District Judge
United States District Court