
FILED
APR 30 2018
Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| INCARNACION L. SPEAKS,<br><br>Plaintiff,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION, and MAZDA MOTOR OF AMERICA, INC., d/b/a MAZDA NORTH AMERICA OPERATIONS,<br><br>Defendants. | CV 14-25-M-DWM<br><br><br>ORDER |

The parties having filed their pretrial documents, IT IS ORDERED:

1. Plaintiff indicates in her trial brief that she plans to bring Exhibit 250, a life-sized "buck" captured from a 1994 Mazda Protégé to the final pretrial conference. (*See* Doc. 273 at 2.) The Court will listen to argument regarding the exhibit and its potential admission at that conference, but Plaintiff is not to bring the physical exhibit itself.

2. The parties shall provide the Court only with those exhibits that fall on their respective "will call" lists prior to the final pretrial conference. The Court

1

will discuss how it would like to handle those exhibits that fall on the parties' "may call" lists at the conference itself.

DATED this 30th day of April, 2018.

Donald W. Molloy, District Judge
United States District Court