FILED

APR 30 2018

Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| INCARNACION L. SPEAKS, | CV 14-25-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| MAZDA MOTOR CORPORATION, and MAZDA MOTOR OF AMERICA, INC., d/b/a MAZDA NORTH AMERICA OPERATIONS, | |
| Defendants. | |

In the October 2015 trial, potential jurors went online to the Court's docket

to review filings in this case. (*See* Doc. 227-1.) To prevent this issue,

IT IS ORDERED that the entire case file is SEALED from the date of this

Order until the jury is selected and seated in this matter on May 14, 2018. Access

during this time period will be limited to counsel for the parties and the Court.

DATED this 30 day of April, 2018.

Donald W. Molloy, District Judge
United States District Court