IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAY 11 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| INCARNACION L. SPEAKS, | CV 14–25–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., d/b/a MAZDA NORTH AMERICA OPERATIONS, | |
| Defendants. | |

IT IS ORDERED that for the trial beginning May 14, 2018, support staff for each party may bring into the courthouse one (1) cellular telephone and only those electronics (i.e. laptops) that are necessary for the presentation of evidence.

DATED this 11th day of May, 2018.

Donald W. Molloy, District Judge
United States District Court