

FILED

MAY 14 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| INCARNACION L. SPEAKS,<br><br>Plaintiff,<br><br>vs.<br><br>MAZDA MOTOR CORPORATION, and MAZDA MOTOR OF AMERICA, INC., d/b/a MAZDA NORTH AMERICA OPERATIONS,<br><br>Defendants. | CV 14-25-M-DWM<br><br>ORDER |

This matter having been fully settled and the jury trial vacated, IT IS

ORDERED that the Clerk of Court is directed to UNSEAL the case.

DATED this 14th day of May, 2018.

Donald W. Molloy, District Judge
United States District Court